# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LYNETTE ROCHELLE MCCRACKLIN, | ) |
| Plaintiff, | ) |
| vs. | )  CV 09-J-1672-S |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

The plaintiff, Lynette Rochelle McCracklin, brings this action pursuant to the provisions of 42 U.S.C. § 405(g), seeking judicial review of a final adverse decision of the Commissioner of the Social Security Administration (the Commissioner) denying her application for supplemental security income.

Plaintiff filed her application for Supplemental Security Income benefits on March 9, 2007, alleging a disability onset date of March 9, 2007, due to problems from borderline intellectual functioning, lack of ability to follow instructions, lack of concentration, no memory, lack of sleep, and hearing noises.  (R. 52-54, 204). The application was denied initially, and again by an Administrative Law Judge on April 7, 2009.  (R. 8-16).  The ALJ's determination became the final decision when the Appeals Council denied plaintiff's request for review on July 6, 2009. (R. 3-5).

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether proper legal standards were applied. *Bloodsworth v. Heckler*, 703 F.2d 1233 (11th Cir. 1983). The court has carefully reviewed the entire record in this case and is of the opinion that the Commissioner's decision is supported by substantial evidence and that proper legal standards were applied in reaching that decision. Accordingly, the decision of the Commissioner must be **AFFIRMED**.

**DONE** and **ORDERED** this 30th day of March 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE